UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| ROBIN FOX, | ) |
|     Plaintiff, | ) |
| v. | ) NO. 2:23-cv-00055 |
| CHEDDAR'S FRANCHISE ACQUISITION, LLC, GMRI, INC., | ) |
|     Defendants. | ) |

## ORDER

All parties being in agreement, and the parties having settled all issues related to this matter in mediation, this action is **DISMISSED WITH PREJUDICE**, and the Clerk is directed to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE